IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 108,648

In the Matter of MARK ALLEN GALLOWAY,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On February 21, 2023, the court ordered Mark Allen Galloway to complete three years of supervised probation. *In re Galloway*, 317 Kan. 87, 524 P.3d 416 (2023).

On June 3, 2026, Galloway filed a motion for discharge from probation. He attached his affidavit and an affidavit from his supervising attorney describing Galloway's compliance with his probation terms and conditions. The Office of the Disciplinary Administrator responded that Galloway complied with his probation terms and conditions and is eligible for discharge. See Supreme Court Rule 227(g) (2026 Kan. S. Ct. R. at 283) (outlining the process for a motion for discharge).

The court grants Galloway's motion and fully discharges him from probation. The court also assesses any remaining costs of this proceeding to Galloway. Accordingly, this disciplinary proceeding is closed. The court directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 8th day of July 2026.